IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RONALD SATISH EMRIT ,

    Plaintiff,

v.

WISCONSIN SUPREME COURT, et al.

    Defendants.

ORDER

Case No.  15-cv-492-wmc

Plaintiff Ronald Satish Emrit has filed a proposed civil complaint.  Plaintiff seeks to commence this lawsuit without prepayment of the filing fee pursuant to 28 U.S.C. § 1915.

From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing this action or to give security therefor.

ORDER

IT IS ORDERED that:

1.    Plaintiff Ronald Satish Emrit's petition for leave to proceed without prepayment of fees (Dkt. # 2) is GRANTED.

2.    No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief.

Once the screening process is complete, a separate order will issue.

Entered this 13th day of August, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge