In The United States District Court for the
Western District of Wisconsin
(120 North Henry St., Rm. 320, Madison, WI 53703)

Ronald Satish Emnt,
Plaintiff (Pro Se)

C.A. No: 3:15cv492

V.

Wisconsin Supreme
Court, et al.,
Defendants

2015 DEC 18  AM 10:15
PETER OPPENEER
CLERK US DIST COURT
WD OF WI
DOC NO
REC'D/FILED

## NOTICE OF APPEAL

COMES NOW, the plaintiff/appellant Ronald
Satish Emnt who is filing this notice of appeal
pursuant to Rule 4 of the Federal Rules of Ap-
pellate Procedure (F.R.A.P.). In bringing forth this
notice of appeal, the plaintiff states, avers, and
alleges the following:

1.) The present case at bar is not frivolous, malicious, or
non-meritorious and should be adjudicated on the merits
between the adversarial parties.

2.) The plaintiff/appellant should be allowed to proc-

eed "in forma pauperis" (IFP) for purposes of this appeal.

WHEREFORE, it is and was clearly erroneous and perhaps an abuse of discretion for the trial judge to determine that this case is frivolous. Accordingly, the case should be reversed and remanded by the Seventh Circuit with specific instructions that the defendants/appellees are to be served with process by the US Marshals Service (USMS) by using Form USM 285.

Respectfully submitted,

Ronald Satish Emmit

Ronald Satish Emmit
4529 Town wall Street
Las Vegas NV 89115
(301) 537-8471
einsteinrockstar@hotmail.com
einsteinrockstar2@outlook.com