IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RONALD SATISH EMRIT,

    Plaintiff,                                       JUDGMENT IN A CIVIL CASE

v.                                                 Case No. 15-cv-492-wmc

WISCONSIN SUPREME COURT,
AMERICAN BAR ASSOCIATION (ABA) and
NATIONAL CONFERENCE OF BAR
EXAMINERS (NCBE),

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed and dismissing this case for plaintiff's failure to state a claim.

| /s/ | 12/8/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |